

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Mike Andreescu and Madalina D. Andreescu,

v.

Ford Motor Company and Jaguar Cars Limited,

08cv1663
JUDGE KOCORAS
MAG. JUDGE ASHMAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ford Motor Company and Jaguar Cars Limited

FILED
J.N  Mar 21, 2008
MAR 2 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| John A. Krivicich |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| /s/ John Krivicich |

| FIRM |
| --- |
| Donohue Brown Mathewson & Smyth LLC |

| STREET ADDRESS |
| --- |
| 140 South Dearborn Street, Suite 800 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 3127319 | (312) 422-0900 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐