080131.35

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

MIKE ANDREESCU and
MADALINA D. ANDREESCU,

    Plaintiffs,

v.

FORD MOTOR COMPANY and
JAGUAR CARS LIMITED, a subsidiary of
Ford Motor Company,

    Defendants.

08cv1663
JUDGE KOCORAS
MAG. JUDGE ASHMAN

## JURY DEMAND

Defendants, FORD MOTOR COMPANY and JAGUAR CARS LIMITED, by and through their attorneys, John A. Krivicich, Edward E. Fu, and Donohue Brown Mathewson & Smyth LLC, hereby demand trial by jury, pursuant to Federal Rule of Procedure 38.

                                  FORD MOTOR COMPANY and
                                  JAGUAR CARS LIMITED

By: _____
John A. Krivicich (ARDC #3127319)
Edward E. Fu (ARDC #6289519)
DONOHUE BROWN MATHEWSON & SMYTH LLC
140 South Dearborn Street, Suite 800
Chicago, IL 60603
Telephone: (312) 422-0900
Facsimile: (312) 422-0909

080131.38

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| MIKE ANDREESCU and<br>MADALINA D. ANDREESCU,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>FORD MOTOR COMPANY and<br>JAGUAR CARS LIMITED, a subsidiary of<br>Ford Motor Company,<br><br>　　　　　　Defendants. | 08cv1663<br>JUDGE KOCORAS<br>MAG. JUDGE ASHMAN |

### CERTIFICATE OF SERVICE

　　I hereby certify that on March 21, 2008, the following was filed manually with the Clerk of Court:

　　Civil Cover Sheet
　　Appearance of John A. Krivicich
　　Appearance of Edward E. Fu
　　Jury Demand
　　Notice of Removal

　　I further certify that copies of these documents have been sent via First Class Mail to the following:

　　Evan B. Karnes
　　O'Connor & Karnes
　　20 S. Clark Street, Suite 2000
　　Chicago, IL 60603

　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　s/John A. Krivicich
　　　　　　　　　　　　　　DONOHUE BROWN MATHEWSON & SMYTH
　　　　　　　　　　　　　　John A. Krivicich (ARDC #3127319)
　　　　　　　　　　　　　　Edward E. Fu (ARDC #6289519)
　　　　　　　　　　　　　　140 South Dearborn Street, Suite 800
　　　　　　　　　　　　　　Chicago, Illinois 60603
　　　　　　　　　　　　　　Telephone:　(312) 422-0900
　　　　　　　　　　　　　　Facsimile:　(312) 422-0909