# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>            s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE  NUMBER |
|---|---|
| | |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL            APPOINTED COUNSEL |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MIKE ANDREESCU and | ) | |
| MADALINA D. ANDREESCU, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.  08 CV 1663 |
| | ) | |
| FORD MOTOR COMPANY, and | ) | Judge Charles P. Kocoras |
| JAGUAR CARS LIMITED, a subsidiary of | ) | |
| FORD MOTOR COMPANY, | ) | |
| | ) | Magistrate Judge Martin C. Ashman |
| Defendants. | ) | |

<u>**NOTICE OF FILING**</u>

PLEASE TAKE NOTICE that on the 27th day of March, 2008, we e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, ***Appearance of John Furlan***, a copy of which is attached hereto.

Respectfully submitted,


/s/John Furlan_____
One of the Attorneys for the Plaintiffs
MIKE AND MADALINA ANDREESCU

**O'CONNOR & KARNES**
20 South Clark Street
Suite 2000
Chicago, IL 60603
(312) 629-8900


<u>CERTIFICATE OF SERVICE</u>

The undersigned, being first duly sworn on oath, states pursuant to Local Rule 12c that copies of documents required to be served by F.R.C.P. 5(a) have been served; that the undersigned served the above and foregoing document upon all persons entitled to notice in this cause on Thursday, March 27, 2008. Pursuant to 28 U.S.C.§ 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/John Furlan _____