**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL          APPOINTED COUNSEL |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MIKE ANDREESCU and ) | |
| MADALINA D. ANDREESCU, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.  08 CV 1663 |
| ) | |
| FORD MOTOR COMPANY, and ) | Judge Charles P. Kocoras |
| JAGUAR CARS LIMITED, a subsidiary of ) | |
| FORD MOTOR COMPANY, ) | |
| ) | Magistrate Judge Martin C. Ashman |
| Defendants. ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on the 27th day of March, 2008, we e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, *Appearance of Neil D. O'Connor*, a copy of which is attached hereto.

Respectfully submitted,

/s/Neil D. O'Connor__
One of the Attorneys for the Plaintiffs
MIKE AND MADALINA ANDREESCU

**O'CONNOR & KARNES**
20 South Clark Street
Suite 2000
Chicago, IL 60603
(312) 629-8900

CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath, states pursuant to Local Rule 12c that copies of documents required to be served by F.R.C.P. 5(a) have been served; that the undersigned served the above and foregoing document upon all persons entitled to notice in this cause on Thursday, March 27, 2008. Pursuant to 28 U.S.C.§ 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/Neil D. O'Connor