# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1663 | **DATE** | 6/11/2008 |
| **CASE TITLE** | Andreescu et al vs. Ford Motor Co., et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 6/11/2008. The Court makes a good faith finding that the parties have entered into a reasonable settlement. The complaint is hereby dismissed with prejudice and with leave to reinstate on or before 9/12/2008 if settlement is not effectuated.

Docketing to mail notices.
*Mail AO 450 form.

00:05

| | Courtroom Deputy Initials: | SCT |
|---|---|---|