# United States District Court

## Northern District of Illinois
**Eastern Division**

Mike Andreescu et al                      **JUDGMENT IN A CIVIL CASE**

       v.                                                     Case Number: 08 C 1663

Ford Motor Co. et al

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED the parties good faith settlement is reasonable, and that the complaint is dismissed with prejudice and with leave to reinstate on or before 9/12/2008 if settlement is not effectuated.

                                                       Michael W. Dobbins, Clerk of Court

Date: 6/11/2008                             /s/ Stephen C. Tokoph, Deputy Clerk